IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGEL G. CHAVEZ MARTINEZ,<br>A#216-286-057,<br><br>*Petitioner*,<br><br>VS.<br><br>DAVID J. VENTURELLA, (Acting) Director of U.S. ICE; MARCOS CHARLES, Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. Attorney General; DAREN K. MARGOLIN, Director of EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WARDEN in Charge of South Texas Ice Processing Center; and JUSTIN R. SIMMONS, U.S. Attorney for the Western District of Texas,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-5027-FB |

***ORDER OF DISMISSAL AND JUDGMENT***

Before the Court is the status of the above styled and numbered cause. On September 6, 2026, counsel for the Petitioner filed an Advisory to the Judge notifying the Court that the Petitioner, Angel G. Chavez Martinez, "requested and was granted voluntary departure by an immigration judge on August 19, 2026.." ECF No. 4 at page 1. Counsel explains further that Petitioner is no longer being represented by counsel and there is a probability that the Petitioner has been removed from the country. Therefore, counsel asks that the Court dismiss the Petition as moot.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED AS MOOT based on the granting on Petitioner's voluntary departure. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 8th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE